|    | Date       | Time  | Number       |
|----|------------|-------|--------------|
| 1  | 11/9/2012  | 9:32  | 877-250-6272 |
| 2  | 11/12/2012 | 9:51  | 877-250-6272 |
| 3  | 11/13/2012 | 10:25 | 877-250-6272 |
| 4  | 11/14/2012 | 1:33  | 877-250-6272 |
| 5  | 11/15/2012 | 10:48 | 877-250-6272 |
| 6  | 11/19/2012 | 2:26  | 877-250-6272 |
| 7  | 11/20/2012 | 11:24 | 877-250-6272 |
| 8  | 11/20/2012 | 2:32  | 877-250-6272 |
| 9  | 11/21/2012 | 2:18  | 877-250-6272 |
| 10 | 11/26/2012 | 5:15  | 877-250-6272 |
| 11 | 11/28/2012 | 11:43 | 877-250-6272 |
| 12 | 11/29/2012 | 11:26 | 877-250-6272 |
| 13 | 11/29/2012 | 3:54  | 877-250-6272 |
| 14 | 12/3/2012  | 9:11  | 877-249-2168 |
| 15 | 12/4/2012  | 1:28  | 877-462-3119 |
| 16 | 12/5/2012  | 3:21  | 877-249-2168 |
| 17 | 12/6/2012  | 10:31 | 877-250-6272 |
| 18 | 12/10/2012 | 11:48 | 877-250-6272 |
| 19 | 12/11/2012 | 12:12 | 877-250-6272 |
| 20 | 12/11/2012 | 2:31  | 877-249-2168 |
| 21 | 12/13/2012 | 9:52  | 877-250-6272 |
| 22 | 12/13/2012 | 4:33  | 877-250-6272 |
| 23 | 12/14/2012 | 2:53  | 877-250-6272 |
| 24 | 12/17/2012 | 3:31  | 877-250-6272 |
| 25 | 12/17/2012 | 5:01  | 877-250-6272 |
| 26 | 12/18/2012 | 7:13  | 877-250-6272 |
| 27 | 12/18/2012 | 8:16  | 877-250-6272 |
| 28 | 12/19/2012 | 12:07 | 877-249-2168 |
| 29 | 12/19/2012 | 2:44  | 877-250-6272 |
| 30 | 12/20/2012 | 10:16 | 877-250-6272 |
| 31 | 12/21/2012 | 10:18 | 877-250-6272 |
| 32 | 12/26/2012 | 10:19 | 877-249-2168 |
| 33 | 12/27/2012 | 11:42 | 877-249-2168 |
| 34 | 12/27/2012 | 3:40  | 877-250-6272 |
| 35 | 12/27/2012 | 4:58  | 877-250-6272 |
| 36 | 12/31/2012 | 9:38  | 877-249-2168 |
| 37 | 12/31/2012 | 4:07  | 877-250-6272 |
| 38 | 1/2/2013   | 11:49 | 877-249-2168 |
| 39 | 1/3/2013   | 9:39  | 877-249-2168 |
| 40 | 1/7/2013   | 8:02  | 877-249-2168 |
| 41 | 1/11/2013  | 11:50 | 877-249-2168 |
| 42 | 11/16/2013 | 1:26  | 877-249-2168 |
| 43 | 1/18/2013  | 9:53  | 877-249-2168 |



EXHIBIT A